# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KASKASKIA ENGINEERING GROUP, LLC., )<br>)<br>*Plaintiff,*  )<br>)<br>vs.  )<br>)<br>TODD REYLING and REYLING )<br>DESIGN AND CONSULTING, LLC,  )<br>*Defendants.*  ) | Case No.   3:16-cv-905-RJD |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**  This matter having come before the Court upon Stipulation of Dismissal filed by the parties.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 17, 2018, this case is DISMISSED with prejudice. Each party to bear their own costs.

DATED:  January 18, 2018.             JUSTINE FLANAGAN, ACTING CLERK

By: *s/Jamie Melson*
    **Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**